**LEW BRANDON, JR., ESQ.**
Nevada Bar No. 5880
**ANDREW GUZIK, ESQ.**
Nevada Bar No. 12758
**BRANDON │ SMERBER LAW FIRM**
139 E Warm Springs Road
Las Vegas, Nevada 89119
(702) 380-0007
(702) 380-2964 – *facsimile*
l.brandon@bsnv.law
Attorneys for Defendant,
ALBERTSONS, LLC

**UNITED STATES DISTRICT COURT**
**CLARK COUNTY, NEVADA**

BETTE YOWELL,

    Plaintiff,

v.

ALBERTSONS, LLC, DOES 1 through 100; and ROE CORPORATIONS 101 through 200,

    Defendants.

CASE NO.: 2:19-cv-00641-JAD-NJK

ECF No. 9

### STIPULATION AND ORDER TO REMOVE FROM FEDERAL COURT AND REMAND BACK TO STATE COURT

    Defendant, ALBERTSONS, LLC, and Plaintiff, BETTE YOWELL, by and through their undersigned attorneys, submit to the Court the following Stipulation and Order to Remove from Federal Court and remand back to State Court. The undersigned Counsel requests that this matter be removed from Federal Court as Plaintiff is not claiming, nor will be claiming in the future in

///

///

either State or Federal Court an amount in excess of Seventy-Five Thousand Dollars ($75,000.00).

DATED this 14th day of May, 2019.

| **BERNSTEIN & POISSON** | **BRANDON │ SMERBER LAW FIRM** |
|---|---|
| /s/ Ronaldo Bumbasi, Esq. | /s/ Lew Brandon, Jr., Esq. |
| **SCOTT POISSON, ESQ.** | **LEW BRANDON, JR., ESQ.** |
| Nevada Bar No. 10188 | Nevada Bar No. 5880 |
| **RONALDO BUMBASI, ESQ.** | **ANDREW GUZIK, ESQ.** |
| Nevada Bar No. 14176 | Nevada Bar No. 12758 |
| 320 South Jones Blvd. | 139 E Warm Springs Road |
| Las Vegas, Nevada 89107 | Las Vegas, Nevada 89119 |
| (702) 877-4878 | (702) 380-0007 |
| ronaldo@vegashurt.com | (702) 380-2964 – *facsimile* |
| Attorneys for Plaintiff, | l.brandon@bsnv.law |
| BETTE YOWELL | Attorneys for Defendant, ALBERTSONS, LLC |

**ORDER**

Based on the parties' stipulation **[ECF No. 9]**, and it appearing that federal subject-matter jurisdiction is lacking because this case does not meet the threshold amount in controversy, IT IS HEREBY ORDERED **that this case is REMANDED back to the Eighth Judicial District Court for Clark County Nevada, case number A-18-786635-C, Dept 25.** The Clerk of Court is directed to REMAND and CLOSE THIS CASE.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: May 20, 2019